## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Judge Bruce Black |
| BPS STAFFING Inc., | ) Case No. 10 B 17827 |
| | ) |
| | ) |
| Debtor. | ) |

### AMENDED SECOND EXTENSION OF FINAL ORDER
### AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND FOR RELATED RELIEF

This matter came before the Court for status on the Order Granting Debtor's Motion to Use Cash Collateral; the Court having previously entered a Final Order authorizing the Use of Cash Collateral and for Related Relief ("**Final Order**") and extended the Final Order by the First Extension of Final Order which expires on October 30, 2010; the Court been fully advised in the premises;

IT IS HEREBY ORDERED that the Final Order shall continue in effect and is continued until December 30, 2010;

It is further ordered that the provisions set forth in the Final Order are incorporated into this Order as fully restated herein except that Exhibit B on this Order shall replace Exhibit B on the Final Order. This matter is continued until December 29, 2010, at 10:30 a.m. for status.

ENTERED:

/s/ Bruce W. Black
United States Bankruptcy Judge

NOV 0 9 2010

**Order Prepared By**:
Scott N. Schreiber
Shelly A. DeRousse
Stahl Cowen Crowley Addis LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603
312-377-7766

# BPS STAFFING, INC
## Cash Flow Projections
### Nov. 2010

**NOVEMBER 2010 (4 WEEKS & HOLIDAY)**

| | | | | |
|---|---:|---:|---:|---:|
| SALES | $237,000.00 | 85.00% | $201,450.00 | |
| TOTAL FUNDS AVAILABLE | | | $201,450.00 | $201,450.00 |
| **Ordinary Income/Expense** | | | | |
| Expense | | | | |
| HOURLY PAYROLL EXPENSE | | | | |
| Hourly Payroll | | | $151,087.50 | |
| Hourly Payroll Taxes | | | $12,087.00 | |
| State Unemployment Tax | | | $56,443.50 | |
| Administrative Payroll Taxes | | | | |
| FICA Tax Expense | $584.93 | | | |
| FUTA Expense | $0.00 | | | |
| SUTA Expense | $0.00 | | | |
| Total Administrative Payroll Taxes | $584.93 | | $584.93 | |
| Administrative Salaries | | | | |
| Manager Salaries | $4,615.40 | | | |
| Staff Salary | $3,030.80 | | | |
| Total Administrative Salaries | $7,646.20 | | $7,646.20 | |
| Advert/Recruiting/Promotions | | | | |
| Recruiting/Advertising | $721.00 | | | |
| Total Advert/Recruiting/Promotions | $721.00 | | $721.00 | |
| Dues & Subscriptions | $526.00 | | $526.00 | |
| Insurance | | | | |
| Disability Insurance | $106.05 | | | |
| Insurance - Business | $2,553.64 | | | |
| Insurance - Health | $3,185.13 | | | |
| Total Insurance | $5,844.82 | | $5,844.82 | |
| Meals | | | | |
| Office Expense | | | | |
| Employee/Staff Retention | $150.00 | | | |
| Miscellaneous Expense | $50.00 | | | |
| Postage | $50.00 | | | |
| Supplies | $200.00 | | | |
| Total Office Expense | $450.00 | | $450.00 | |
| Outside Record Storage | $213.15 | | $213.15 | |
| Outside Services | $40.00 | | $40.00 | |
| Professional Fees | | | | |
| Legal Fees | $0.00 | | | |
| Professional Fees - Other | | | | |
| Total Professional Fees | $0.00 | | $0.00 | |
| Rent | $1,664.00 | | $1,664.00 | |
| Technical Support | $500.00 | | $500.00 | |
| Telephone | $730.00 | | $730.00 | |
| Training | $187.00 | | $187.00 | |
| Travel & Parking | $360.00 | | $360.00 | |
| Utilities | $100.00 | | $100.00 | |
| Total Expense | | | $239,185.10 | $239,185.10 |
| **NET CASH FLOW** | | | | -$37,735.10 |

*Exhibit B*
*Amended Second*
*Extension*

Page 1 of 1

Cash Flow Projections
Dec. 2010

## DECEMBER 2010 (5 WEEKS & HOLIDAY)

| | | | | |
|---|---:|---:|---:|---:|
| SALES | $289,000.00 | 85.00% | $245,650.00 | |
| TOTAL FUNDS AVAILABLE | | | $245,650.00 | $245,650.00 |
| Ordinary Income/Expense | | | | |
| Expense | | | | |
| HOURLY PAYROLL EXPENSE | | | | |
| Hourly Payroll | | | $184,237.50 | |
| Hourly Payroll Taxes | | | $14,739.00 | |
| Administrative Payroll Taxes | | | | |
| FICA Tax Expense | $673.20 | | | |
| FUTA Expense | $0.00 | | | |
| SUTA Expense | $0.00 | | | |
| Total Administrative Payroll Taxes | $673.20 | | $673.20 | |
| Administrative Salaries | | | | |
| Manager Salaries | $5,769.25 | | | |
| Staff Salary | $3,030.80 | | | |
| Total Administrative Salaries | $8,800.05 | | $8,800.05 | |
| Advert/Recruiting/Promotions | | | | |
| Recruiting/Advertising | $721.00 | | | |
| Total Advert/Recruiting/Promotions | $721.00 | | $721.00 | |
| Dues & Subscriptions | $526.00 | | $526.00 | |
| Insurance | | | | |
| Disability Insurance | $106.05 | | | |
| Insurance - Business | $2,553.64 | | | |
| Insurance - Health | $3,185.13 | | | |
| Total Insurance | $5,844.82 | | $5,844.82 | |
| Meals | | | | |
| Office Expense | | | | |
| Employee/Staff Retention | $150.00 | | | |
| Miscellaneous Expense | $50.00 | | | |
| Postage | $50.00 | | | |
| Supplies | $200.00 | | | |
| Total Office Expense | $450.00 | | $450.00 | |
| Outside Record Storage | $213.15 | | $213.15 | |
| Outside Services | $40.00 | | $40.00 | |
| Professional Fees | | | | |
| Legal Fees | $0.00 | | | |
| Professional Fees - Other | | | | |
| Total Professional Fees | $0.00 | | $0.00 | |
| Rent | $1,664.00 | | $1,664.00 | |
| Technical Support | $500.00 | | $500.00 | |
| Telephone | $730.00 | | $730.00 | |
| Training | $187.00 | | $187.00 | |
| Travel & Parking | $360.00 | | $360.00 | |
| Utilities | $100.00 | | $100.00 | |
| Total Expense | | | $219,785.72 | $219,785.72 |
| NET CASH FLOW | | | | $25,864.28 |