UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BPS STAFFING Inc., | ) | Case No. 10 B 17827 |
| | ) | |
| | ) | Judge Bruce Black |
| Debtor. | ) | |

**NOTICE OF MOTION FOR FINAL DECREE**

TO:  **ECF SERVICE LIST and:**

Richard S. Grenvich
Assistant Attorney General, Deputy Chief
Unemployment Insurance Bureau
State of Illinois
33 S. State Street
Room 992
Chicago, Illinois 60603

Please be advised that on June 29, 2011, at 10:30 a.m. (**This matter is already on the set call**) we shall appear before the Honorable Judge Bruce W. Black, or any Judge sitting in his stead, in Courtroom 615 of the United States Bankruptcy Court, or any other courtroom therein, 219 South Dearborn Street, Chicago, Illinois, and then and there present Debtor BPS Staffing, Inc.'s Motion for a Final Decree, a copy of which is attached and hereby served upon you.  You may appear and be heard if you so desire

/s/  Keevan D. Morgan

**CERTIFICATE OF SERVICE**

I, Keevan D. Morgan, an attorney, caused a copy of this Notice of the above described Motion to Withdraw to be served upon the above named Parties by regular mail at the address appearing above and other registered parties, if any, electronically by ECF notification on this 17th day of June, 2011.

/s/  Keevan D. Morgan

Keevan D. Morgan
Morgan & Bley, Ltd.
900 West Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.243.0006

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BPS STAFFING Inc., | ) | Case No. 10 B 17827 |
| | ) | |
| | ) | Judge Bruce Black |
| Debtor. | ) | |

**DEBTOR'S MOTION FOR FINAL DECREE**

Now comes the Debtor, BPS Staffing, Inc. ("BPS" or "Debtor"), by and through its attorney Keevan Morgan of Morgan & Bley, Ltd., and requests this Honorable Court to enter a Final Decree closing the Debtor's case. In support of this Motion, the debtor states as follows:

1. The plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that the Debtor has commenced distribution of Plan payments.

2. It is in the interests of judicial and private economy to enter Final Decree and close the case.

Wherefore, Debtor prays that this Court enters a Final Decree closing the case.

BPS Staffing, Inc.

By: /s/ Keevan D. Morgan

Keevan D. Morgan
Morgan Bley, Ltd.
900 West Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.243.0006