UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BPS STAFFING Inc., | ) | Case No. 10 B 17827 |
| | ) | |
| | ) | Judge Bruce Black |
| Debtor. | ) | |

### FINAL DECREE

This cause coming on to be heard upon the Debtor's Motion for Final Decree, and the Court finding that the Debtor has demonstrated substantial consummation of Debtor's Plan as defined in 11 U.S.C. § 1101, and it is in the interests of judicial and private economy to enter Final Decree and close the case:

It is hereby ordered that this case is closed.

Dated June 29, 2011.

ENTER: _____
Judge

This Order Prepared By:

Keevan D. Morgan
Morgan & Bley, Ltd.
900 West Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.243.0006